## WHISPER WIND DEVELOPMENT CORPORATION *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MIDDLEFIELD ET AL.
### (14849)

PETERS, C. J., CALLAHAN, NORCOTT, KATZ and PALMER, Js.

Argued March 23—decision released March 24, 1994*

*Lori Welch-Rubin,* with whom, on the brief, was *Roger Sullivan,* for the appellant (plaintiff).

*Thomas F. Byrne,* with whom was *Steven E. Byrne,* for the appellees (defendants).

PER CURIAM. The sole issue in this land use appeal is whether the named defendant, the planning and zoning commission of the town of Middlefield, had the authority to deny the special permit application filed by the plaintiff, Whisper Wind Development Corporation, even though the plaintiff's application complied with the technical requirements of the permit regulations. In *Whisper Wind Development Corp.* v. *Planning*

---

* March 24, 1994, the date that this decision was released as a slip opinion, is the operative date for all substantive and procedural purposes.

& *Zoning Commission,* 32 Conn. App. 515, 630 A.2d
108 (1993), the Appellate Court affirmed the judgment
of the trial court dismissing the plaintiff's appeal.
The Appellate Court agreed with the defendant's con-
tention that, in the case of a special permit, zoning
regulations may authorize a planning and zoning com-
mission to deny an application on the basis of enumer-
ated general considerations such as public health, safety
and welfare. Id., 519–22. We granted the plaintiff's
petition for certification to appeal this question of
regulatory authority.[1]

After examining the record on appeal, and after con-
sidering the briefs and arguments of the parties, we
conclude that the judgment of the Appellate Court must
be affirmed. The issue on which we granted certifica-
tion was properly resolved in the thoughtful and com-
prehensive majority opinion of the Appellate Court. It
would serve no useful purpose for us to repeat the dis-
cussion therein contained. Cf. *Board of Education* v.
*State Board of Education,* 228 Conn. 433, 436, 636 A.2d
378 (1994); *Stankiewicz* v. *Zoning Board Of Appeals,*
211 Conn. 76, 78, 556 A.2d 1024 (1989); *State* v.
*Leonard,* 210 Conn. 480, 481, 556 A.2d 611 (1989).

The judgment of the Appellate Court is affirmed.

---

[1] We granted the plaintiff's petition for certification to appeal limited
to the following issue: "Was the Appellate Court correct in concluding that
the trial court properly determined that the plaintiff's failure to meet the
general health, safety and welfare requirements set forth in the town's zon-
ing regulations provided an adequate basis for the defendant's denial of
a special permit application, even though the plaintiff's application com-
plied with all of the technical requirements of the regulations applicable
to special permits?" *Whisper Wind Development Corp.* v. *Planning & Zon-
ing Commission,* 227 Conn. 929, 632 A.2d 706 (1993).